IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLES A. THARP**                                                                                    **PLAINTIFF**
*ADC #156613*

v.                              CASE NO. 4:24-CV-00855-BSM

**MIKE KONADLE,** *et al.*                                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 4th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE